MOSSHOLDER ET AL., APPELLEES, *v.* LAWSON MILK CO., APPELLANT.

[Cite as Mossholder *v.* Lawson Milk Co. (1988), 38 Ohio St. 3d 59.]

(No. 87-2050—Submitted June 7, 1988—Decided July 20, 1988.)

*Porter, Wright, Morris & Arthur* and *Thomas A. Young,* for appellant.

*Dagger, Johnston, Miller, Ogilvie & Hampson* and *Randy L. Happeney,* for appellees.

Appellees' motion for remand is granted. The judgment of the court of appeals is affirmed on authority of *Van Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489,

and the cause is remanded to the trial court for proceedings consistent with *Van Fossen.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.